## STATE v. WALKER AND FLEEMAN

No. 69 PC.

Case below: 6 N.C. App. 447.

Petition for writ of *certiorari* to North Carolina Court of Appeals on behalf of defendant Fleeman only denied 14 July 1970.

## TURPIN v. GALLIMORE

No. 118 PC.

Case below: 8 N.C. App. 553.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

## UTILITIES COMM. v. AMERICAN COURIER CORP.

No. 122 PC.

Case below: 8 N.C. App. 358.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

## UTILITIES COMM. v. AMERICAN COURIER CORP.

No. 121 PC.

Case below: 8 N.C. App. 367.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

## WAKE COUNTY HOSPITAL v. INDUSTRIAL COMM.

No. 95 PC.

Case below: 8 N.C. App. 259.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.

## WRENN v. WATERS

No. 132 PC.

Case below: 9 N.C. App. 39.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 28 August 1970.